L. Edward Humphrey, Esq. - NV Bar 9066
Patrick O'Rourke, Esq. - NV Bar 13557
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Ste. 350
Reno, Nevada 89501
Tel: 775-420-3500
Fax: 775-683-9917
ed@hlawnv.com
patrick@hlawnv.com
*Attorneys for Chapter 7 Trustee,*
*W. Donald Gieseke*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| In Re: | Case No. BK-N-18-50637-BTB |
| DIVERSIFIED CONCRETE CUTTING, INC., | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| _______________________________________/ | |

I certify under penalty of perjury that I am an attorney at Humphrey Law PLLC, 201 W. Liberty Street, Suite 350, Reno, Nevada 89501, and that, the following documents described below were served in the manner and on the parties set forth below:

- **MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT BY AND BETWEEN TRUSTEE, Q&D CONSTRUCTION, LLC, AND WESTERN SURETY COMPANY, filed July 2, 2021, at ECF No. 141.**

- **NOTICE OF HEARING MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT BY AND BETWEEN TRUSTEE, Q&D CONSTRUCTION, LLC, AND WESTERN SURETY COMPANY, filed July 2, 2021, at ECF No. 142.**

I served the above documents by the following means and on the following dates to the persons as listed below:

☒ **ECF System:**

To all those persons registered with the Court's CM/ECF system in this Adversary Proceeding on the dates each was filed, as set forth on the attached Notices of Electronic Filings attached as **Exhibit 1**.

☒ **United States First Class Mail, postage fully prepaid:**

On July 6, 2021, by depositing for mailing at Reno, Nevada, upon all those persons listed on attached **Exhibit 2**.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: July 6, 2021.

**HUMPHREY LAW PLLC**

By: /s/ *L. Edward Humphrey*
L. Edward Humphrey, Esq.
*Attorney for W. Donald Gieseke, Chapter 7 Trustee*

# EXHIBIT 1

EXHIBIT 1

## Ed Humphrey

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Friday, July 2, 2021 12:50 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 18-50637-btb Motion to Approve Settlement

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from L. EDWARD HUMPHREY entered on 7/2/2021 at 12:50 PM PDT and filed on 7/2/2021

**Case Name:** DIVERSIFIED CONCRETE CUTTING, INC.
**Case Number:** 18-50637-btb
**Document Number:** 141

**Docket Text:**
Motion to Approve Settlement *BY AND BETWEEN TRUSTEE, Q&D CONSTRUCTION, LLC, AND WESTERN SURETY COMPANY* Filed by L. EDWARD HUMPHREY on behalf of W. DONALD GIESEKE (HUMPHREY, L.)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Motion to Approve Compromise and Settlement - final (Main BK).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/2/2021] [FileNumber=33837893-0]
[014a5dadfea5efa99e5f9e28befb806472ce146a1bd61e10b78e1403d1e9f51bdaa9
307141eb61a7f9d06cf57c678c6d451aa261ceb876e1641f33238131e0e6]]

**18-50637-btb Notice will be electronically mailed to:**

SALLIE B ARMSTRONG on behalf of Defendant Q&D CONSTRUCTION, INC.
sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com

SALLIE B ARMSTRONG on behalf of Defendant WESTERN SURETY COMPANY
sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com

ROBERT J. BERENS on behalf of Creditor ALLEGHENY CASUALTY COMPANY
rberens@smtdlaw.com, sr@smtdlaw.com

ROBERT J. BERENS on behalf of Creditor STATE NATIONAL INSURANCE COMPANY
rberens@smtdlaw.com, sr@smtdlaw.com

DIVERSIFIED CONCRETE CUTTING, INC.
Ken.M@diversified.contractors, ken@diversifieddemo.com

ELIZABETH A. FLETCHER on behalf of Interested Party FIRST FEDERAL LEASING
efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com

W. DONALD GIESEKE
wdg@renotrustee.com, dgieseke@ecf.axosfs.com

MARSHA M HAMASAKI on behalf of Creditor CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC
marshah@rac-law.com

L. EDWARD HUMPHREY on behalf of Attorney LOUIS EDWARD HUMPHREY
ed@hlawnv.com, patrick@hlawnv.com

L. EDWARD HUMPHREY on behalf of Counter-Defendant W. DONALD GIESEKE
ed@hlawnv.com, patrick@hlawnv.com

L. EDWARD HUMPHREY on behalf of Plaintiff DIVERSIFIED CONCRETE CUTTING, INC.,
ed@hlawnv.com, patrick@hlawnv.com

L. EDWARD HUMPHREY on behalf of Plaintiff W. DONALD GIESEKE
ed@hlawnv.com, patrick@hlawnv.com

L. EDWARD HUMPHREY on behalf of Trustee W. DONALD GIESEKE
ed@hlawnv.com, patrick@hlawnv.com

LOUIS EDWARD HUMPHREY
ed@hlawnv.com

NATHAN M. JENKINS on behalf of Creditor CEMENT MASONS ANNUITY TRUST FUND FOR NORTHERN NEVADA
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor CEMENT MASONS JOINT APPRENTICESHIP AND TRAINING TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor CONSTRUCTION WORKERS VACATION SAVINGS TRUST PLAN
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor LABORERS TRAINING TRUST FOR NORTHERN NEVADA
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor NORTHERN NEVADA OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PREAPPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND FOR NORTHERN NEVADA
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor OPERATING ENGINEERS PENSION TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor OPERATING ENGINEERS PENSIONED HEALTH & WELFARE TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor OPERATING ENGINEERS VACATION HOLIDAY AND SICK PAY TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor PENSION PLAN FOR THE PENSIONED TRUST FUND FOR OPERATING ENGINEERS
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN G. KANUTE on behalf of Creditor WESTERN ALLIANCE BANK
nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com

MICHAEL LEHNERS on behalf of Creditor AUCTION EXCHANGE, INC., dba BAR NONE AUCTIONS
michaellehners@yahoo.com

MICHAEL LEHNERS on behalf of Cross Defendant BAR NONE ENTERPRISES
michaellehners@yahoo.com

MICHAEL LEHNERS on behalf of Defendant BAR NONE ENTERPRISES
michaellehners@yahoo.com

BOB L. OLSON on behalf of Creditor WESTERN ALLIANCE BANK
bolson@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

JOHN M. SAMBERG on behalf of Cross-Claimant BRANDT EQUIPMENT, LLC
jsamberg@wrslawyers.com, efilingjms@wrslawyers.com

JOHN M. SAMBERG on behalf of Defendant BRANDT EQUIPMENT, LLC
jsamberg@wrslawyers.com, efilingjms@wrslawyers.com

JOHN M. SAMBERG on behalf of Interested Party BRANDT EQUIPMENT, LLC
jsamberg@wrslawyers.com, efilingjms@wrslawyers.com

JEFFREY G. SLOANE on behalf of Creditor FORD MOTOR CREDIT COMPANY, LLC
jeff@jsloanelaw.com, Kristi@jsloanelaw.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

MICHAEL A URBAN on behalf of Creditor TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST
urban@luch.com,
efiling@theurbanlawfirm.com;smcdonald@theurbanlawfirm.com;nring@theurbanlawfirm.com;vhernquist@theurbanlawfirm.com;kopenbrier@theurbanlawfirm.com;adenni@theurbanlawfirm.com

**18-50637-btb Notice will not be electronically mailed to:**

KRISTINA L HILLMAN on behalf of Creditor LABORERS TRUST FUNDS
WEINBER ROGER & ROSENFELD
1375 55TH ST
EMERYVILLE, CA 94608

L. EDWARD HUMPHREY
HUMPHREY LAW PLLC
,

PETER A. HUTCHINSON on behalf of Creditor CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA
ADMINISTRATIVE COMPANY, LLC
3350 WILSHIRE BLVD SUITE 2000
LOS ANGELES, CA 90010-2421

STEVEN D. JEROME on behalf of Creditor WESTERN ALLIANCE BANK
400 E VAN BUREN STREET
PHOENIX, AZ 85004-2202

CHRISTOPHER MIXSON on behalf of Defendant BRANDT EQUIPMENT, LLC
5594 B LONGLEY LANE
RENO, NV 89511

CHRISTOPHER MIXSON on behalf of Interested Party BRANDT EQUIPMENT, LLC
5594 B LONGLEY LANE
RENO, NV 89511

NATHAN R RING on behalf of Creditor TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST
THE URBAN LAW FIRM
4270 S. DECATUR BLVD
SUITE A-9
LAS VEGAS, NV 89103

## Ed Humphrey

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Friday, July 2, 2021 12:53 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 18-50637-btb Notice of Hearing

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from L. EDWARD HUMPHREY entered on 7/2/2021 at 12:52 PM PDT and filed on 7/2/2021

**Case Name:** DIVERSIFIED CONCRETE CUTTING, INC.
**Case Number:** 18-50637-btb
**Document Number:** 142

**Docket Text:**
Notice of Hearing *MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT BY AND BETWEEN TRUSTEE, Q&D CONSTRUCTION, LLC, AND WESTERN SURETY COMPANY* Hearing Date: 08/03/2021 Hearing Time: 2:00 p.m. Filed by L. EDWARD HUMPHREY on behalf of W. DONALD GIESEKE (Related document(s)[141] Motion to Approve Settlement filed by Trustee W. DONALD GIESEKE) (HUMPHREY, L.)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Notice of Hearing (Q&D 9019) (Main BK final).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/2/2021] [FileNumber=33837896-0]
[6a4e63b78564a128346c9e9ef1bbef78c8f34f9e9b372e83fe671b9cc87e0020b918
e47169e53c922f4a54b140b448452c97448f9133947b8635a22c1ba42765]]

**18-50637-btb Notice will be electronically mailed to:**

SALLIE B ARMSTRONG on behalf of Defendant Q&D CONSTRUCTION, INC.
sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com

SALLIE B ARMSTRONG on behalf of Defendant WESTERN SURETY COMPANY
sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com

ROBERT J. BERENS on behalf of Creditor ALLEGHENY CASUALTY COMPANY

rberens@smtdlaw.com, sr@smtdlaw.com

ROBERT J. BERENS on behalf of Creditor STATE NATIONAL INSURANCE COMPANY
rberens@smtdlaw.com, sr@smtdlaw.com

DIVERSIFIED CONCRETE CUTTING, INC.
Ken.M@diversified.contractors, ken@diversifieddemo.com

ELIZABETH A. FLETCHER on behalf of Interested Party FIRST FEDERAL LEASING
efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com

W. DONALD GIESEKE
wdg@renotrustee.com, dgieseke@ecf.axosfs.com

MARSHA M HAMASAKI on behalf of Creditor CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC
marshah@rac-law.com

L. EDWARD HUMPHREY on behalf of Attorney LOUIS EDWARD HUMPHREY
ed@hlawnv.com, patrick@hlawnv.com

L. EDWARD HUMPHREY on behalf of Counter-Defendant W. DONALD GIESEKE
ed@hlawnv.com, patrick@hlawnv.com

L. EDWARD HUMPHREY on behalf of Plaintiff DIVERSIFIED CONCRETE CUTTING, INC.,
ed@hlawnv.com, patrick@hlawnv.com

L. EDWARD HUMPHREY on behalf of Plaintiff W. DONALD GIESEKE
ed@hlawnv.com, patrick@hlawnv.com

L. EDWARD HUMPHREY on behalf of Trustee W. DONALD GIESEKE
ed@hlawnv.com, patrick@hlawnv.com

LOUIS EDWARD HUMPHREY
ed@hlawnv.com

NATHAN M. JENKINS on behalf of Creditor CEMENT MASONS ANNUITY TRUST FUND FOR NORTHERN NEVADA
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor CEMENT MASONS JOINT APPRENTICESHIP AND TRAINING TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor CONSTRUCTION WORKERS VACATION SAVINGS TRUST PLAN
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor LABORERS TRAINING TRUST FOR NORTHERN NEVADA
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND

Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor NORTHERN NEVADA OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PREAPPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND FOR NORTHERN NEVADA
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor OPERATING ENGINEERS PENSION TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor OPERATING ENGINEERS PENSIONED HEALTH & WELFARE TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor OPERATING ENGINEERS VACATION HOLIDAY AND SICK PAY TRUST FUND
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN M. JENKINS on behalf of Creditor PENSION PLAN FOR THE PENSIONED TRUST FUND FOR OPERATING ENGINEERS
Nathan@njenkinslaw.com, Vickie@njenkinslaw.com

NATHAN G. KANUTE on behalf of Creditor WESTERN ALLIANCE BANK
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com

MICHAEL LEHNERS on behalf of Creditor AUCTION EXCHANGE, INC., dba BAR NONE AUCTIONS
michaellehners@yahoo.com

MICHAEL LEHNERS on behalf of Cross Defendant BAR NONE ENTERPRISES
michaellehners@yahoo.com

MICHAEL LEHNERS on behalf of Defendant BAR NONE ENTERPRISES
michaellehners@yahoo.com

BOB L. OLSON on behalf of Creditor WESTERN ALLIANCE BANK
bolson@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

JOHN M. SAMBERG on behalf of Cross-Claimant BRANDT EQUIPMENT, LLC
jsamberg@wrslawyers.com, efilingjms@wrslawyers.com

JOHN M. SAMBERG on behalf of Defendant BRANDT EQUIPMENT, LLC
jsamberg@wrslawyers.com, efilingjms@wrslawyers.com

JOHN M. SAMBERG on behalf of Interested Party BRANDT EQUIPMENT, LLC
jsamberg@wrslawyers.com, efilingjms@wrslawyers.com

JEFFREY G. SLOANE on behalf of Creditor FORD MOTOR CREDIT COMPANY, LLC
jeff@jsloanelaw.com, Kristi@jsloanelaw.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

MICHAEL A URBAN on behalf of Creditor TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST
urban@luch.com,
efiling@theurbanlawfirm.com;smcdonald@theurbanlawfirm.com;nring@theurbanlawfirm.com;vhernquist@theurbanlawfirm.com;kopenbrier@theurbanlawfirm.com;adenni@theurbanlawfirm.com

**18-50637-btb Notice will not be electronically mailed to:**

KRISTINA L HILLMAN on behalf of Creditor LABORERS TRUST FUNDS
WEINBER ROGER & ROSENFELD
1375 55TH ST
EMERYVILLE, CA 94608

L. EDWARD HUMPHREY
HUMPHREY LAW PLLC
,

PETER A. HUTCHINSON on behalf of Creditor CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC
3350 WILSHIRE BLVD SUITE 2000
LOS ANGELES, CA 90010-2421

STEVEN D. JEROME on behalf of Creditor WESTERN ALLIANCE BANK
400 E VAN BUREN STREET
PHOENIX, AZ 85004-2202

CHRISTOPHER MIXSON on behalf of Defendant BRANDT EQUIPMENT, LLC
5594 B LONGLEY LANE
RENO, NV 89511

CHRISTOPHER MIXSON on behalf of Interested Party BRANDT EQUIPMENT, LLC
5594 B LONGLEY LANE
RENO, NV 89511

NATHAN R RING on behalf of Creditor TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST
THE URBAN LAW FIRM
4270 S. DECATUR BLVD
SUITE A-9
LAS VEGAS, NV 89103

# EXHIBIT 2

EXHIBIT 2


5160 Easy Peel Address Labels
Bend along line to expose Pop-up Edge
Go to avery.com/templates
Use Avery Template 5160

Label Matrix for local noticing
0978-3
Case 18-50637-btb
District of Nevada
Reno
Tue Jul 6 09:37:05 PDT 2021

ALLEGHENY CASUALTY COMPANY
C/O ROBERT J BERENS / SMTD LAW LLP
2001 E CAMPBELL AVE, STE 201
PHOENIX, AZ 85016-5574

AUCTION EXCHANGE, INC., dba BAR NONE AUCTION
c/o Michael Lehners
429 Marsh Avenue
Reno, Nv 89509-1516

BRANDT EQUIPMENT, LLC
C/O ALAN D & DARYN D BRANDT, CO-TRUSTEES
3495 LOAN TREE LN
RENO, NV 89511

DIVERSIFIED CONCRETE CUTTING, INC.
206 CAL LANE UNIT A
SPARKS, NV 89431-6291

FIRST FEDERAL LEASING
P.O. Box 1145
RICHMOND, IN 47375-1145

FORD MOTOR CREDIT COMPANY, LLC
c/o JEFFREY G. SLOANE, ESQ.
2520 ST. ROSE PARKWAY, SUITE 301
HENDERSON, NV 89074-7789

LABORERS TRUST FUNDS
C/O WEINBERG ROGER & ROSENFELD/T MAINGUY
1001 MARINA VILLAGE PKWY, STE 200
ALAMEDA, CA 94501-6430

STATE NATIONAL INSURANCE COMPANY
c/o Robert J. Berens
SMTD LAW LLP
2001 E. Campbell Ave, Ste 201
PHOENIX, AZ 85016-5574

TRUSTEES OF THE OPERATING ENGINEERS PENSION
C/O LAQUER, URBAN, CLIFFORD & HODGE LLP
4270 S. DECATUR BLVD, STE A-9
LAS VEGAS, NV 89103-6801

WESTERN ALLIANCE BANK
C/O SNELL & WILMER L.L.P. /
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169-0965

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

120 VANTIS
P.O. Box 10863
Santa Ana, CA 92075
120 VANTIS, SUITE 300
Aliso Viejo, CA 92656-2677

3D CONCRETE, INC.
11998 INTERSTATE 80 EAST
SPARKS, NV 89434-9649

A-1 STEEL, INC.
1523 S. STANFORD
SPARKS, NV 89431-6310

AA SMOG
1280 GREG STREET
SPARKS, NV 89431-6005

ABC FIRE EXTINGUISHER SVC INC.
1025 TELEGRAPH STREET
RENO, NV 89502-2212

AGC OF AMERICA INC. NV CHAPTER
P.O. BOX 7578
RENO, NV 89510-7578

AHERN RENTALS, INC
3750 N. VIRGINIA STREET
RENO, NV 89506-7828

AIRGAS USA, LLC
1671 GLENDALE AVE.
SPARKS, NV 89431-6061

ALLIED STORAGE CONTAINERS
80 DEANER AVENUE
WOODLAND, CA 95776-6007

(p)ALLSTREAM
ATTN COLLECTIONS
14221 GOLF COURSE DR STE 100
BAXTER MN 56425-8672

AMERICAN EXPRESS
P O BOX 981535
EL PASO, TX 79998-1535

AMERICAN EXPRESS TRAVEL RELATED SERVICES COM
INC.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN TRANSMISSION & FOREIGN
949 E. 4TH STREET
RENO, NV 89512-3503

AMERIPRIDE
7620 WILBUR WAY
SACRAMENTO, CA 95828-4928

AMERIPRIDE ANAHEIM
5950 ALCOA AVE.
VERNON, CA 90058-3925

ANAHEIM FULLERTON TOWING
1122 N. ANAHEIM BLVD.
ANAHEIM, CA 92801-2598

APPLIED INDUSTRIAL TECH., INC.
790 EAST GLENDALE AVE.
SPARKS, NV 89431-6407

APPLIED INDUSTRIAL TECHNOLOGIES
C/O DIANNE MISENKO
ONE APPLIED PLAZA
CLEVELAND OH 44115-2519

Pat: avery.com/patents
Étiquettes d'adresse Easy Peel
Allez à avery.ca/gabarits



AQ ENVIRONMENTAL LABORATORIES
1508 E. 3RD STREET
SIGNAL HILL, CA 90802

ARC POINT
1578 HOWE AVE.
SACRAMENTO, CA 95825-3358

ASSOCIATED CONCRETE PUMPING
P.O. BOX 160011
SACRAMENTO, CA 95816-0011

AVERILL CONSULTING GROUP
5945 S. LOS ALTOS PARKWAY #101
SPARKS, NV 89436-2503

Ahern Rentals Inc
1401 Mineral Ave
Las Vegas, NV 89106-4342

Allegheny Casualty Company
State National Insurance Company
C/O ROBERT J BERENS / SMTD LAW LLP
2001 E CAMPBELL AVE, STE 201
PHOENIX, AZ 85016-5574

BANK OF AMERICA
P.O. BOX 15796
WILMINGTON, DE 19886-5796

BARONA GAMING COMMISSION
1095 BARONA ROAD
LAKESIDE, CA 92040-1516

BAY AREA WASHOUT SYSTEMS, LLC
1500 WILLOW PASS ROAD STE. C
PITTSBURG, CA 94565-1808

BIG RENTZ
1063 MCGAW AVENUE
IRVINE, CA 92614-5505

BRANDT, ALAN D.
3485 LONE TREE LANE
RENO, NV 89511-7675

BRIAN BALLO
120 VANTIS
SUITE 300
Aliso Viejo, CA 92656-2677

BROOM SERVICE, INC.
12100 STEVENS CANYON ROAD
CUPERTINO, CA 95014-5415

Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-0965

CAL-NEVADA TOWING
P.O. BOX 3478
SPARKS, NV 89432-3478

CALIFORNIA DEPARTMENT OF TAX AND FREE ADMIN.
POB 942879
SACRAMENTO CA 94279-0055

CALIFORNIA INDUSTRIAL RUBBER
305 EAST GLENDALE AVENUE
SPARKS, NV 89431-5853

CAMERON WELDING SUPPLIES
P.O. BOX 266
STANTON, CA 90680-0266

CASHMAN EQUIPMENT COMPANY
P.O. BOX 843397
LOS ANGELES, CA 90084-3397

CDS Holding, Inc.
Rayford K. Adams III
Spilman Thomas & Battle, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103-1958

CEMEX
P.O. BOX 100497
PASADENA, CA 91189-0497

CHIEF ENGINEERING CO.
P.O. BOX 677
LAKE ELSINORE, CA 92531-0677

CHRISTOPHER MIXSON
JOHN M. SAMBERG
5594 B LONGLEY LANE
RENO, NV 89511

CITY OF BEVERLY HILLS
455 NORTH REXFORD DRIVE
BEVERLY HILLS, CA 90210-4817

CITY OF SPARKS
C/O ATB SERVICE
P.O. BOX 26364
COLORADO SPRINGS, CO 80936-6364

CLEAR SCAN RADAR IMAGING
2610 S. YALE
SANTA ANA, CA 92704-5228

CNA SURETY DIRECT BILL
P.O. BOX 957312
SAINT LOUIS, MO 63195-7312

CONCENTRA OCCUPATIONAL HEALTH OF THE
SOUTHWEST PA
P.O. BOX 80021-9010
LOS ANGELES, CA 90021-9010

CONCUT, INC.
6815 S. 220TH STREET
KENT, WA 98032-1921

CONSTRUCTION NOTICE SERVICES
9520 PADGETT STREET
SUITE 208
SAN DIEGO, CA 92126-4400


CONSTRUCTION SEALANTS SUPPLY
4450 W. DIABLO
LAS VEGAS, NV 89118-2259

COUNT OF YOLO
WASTE MANAGEMENT
44090 CR 28H
WOODLAND, CA 95776-9101

Carpenters Southwest Administrative Corporat
c/o Thomas Davis
DeCarlo & Shanley, a Prof. Corp.
533 S. Fremont Avenue, Ninth Floor
Los Angeles, CA 90071-1717

Construction Laborers Trust Funds for So. Ca
c/o Marsha M. Hamasaki, Esq.
Reich, Adell & Cvitan, A Professional La
3550 Wilshire Blvd., Ste. 2000
Los Angeles, CA 90010-2421

DANNER BOBCAT SERVICE
9158 ROSEDALE DRIVE
SPRING VALLEY, CA 91977-2726

DEMO TECH
206 A CAL LANE
SPARKS, NV 89431-6291

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 825339
SACRAMENTO, CA 94232-5339

DESERT COMMERCIAL SWEEPING
5620 MADRAS STREET
CARSON CITY, NV 89704-9556

DIAMOND VANTAGE
2025 ALTON PARKWAY
IRVINE, CA 92606-4904

DIVERSIFIED CONCRETE CUTTING, INC.
C/O SNELL & WILMER L.L.P.
ATTN: NATHAN G. KANUTE, ESQ.
50 WEST LIBERTY STREET, SUITE 510
RENO, NV 89501-1961

DIXIELINE
PROBUILD COMPANY, LLC
3250 SPORTS ARENA BLVD.
SAN DIEGO, CA 92110-4528

DRINKWATER LAW OFFICES
5421 KIETZKE LANVE, SUITE 100
RENO, NV 89511-1025

EAGLE RENTS & SUPPLY
13013 TEMESCAL CANYON ROAD
CORONA, CA 92883-8454

EMPLOYMENT DEVELOPMENT DEPT
BK GROUP MIC 92E
POB 826880
SACRAMENTO CA 94280-0001

ESA Management, LLC
c/o Brian Smith, Holland & Knight LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201-1829

EVERBANK COMMERCIAL FINANCE
P.O. BOX 911608
DENVER, CO 80291-1608

EXTENDED STAY AMERICA
ESA P PORTFOLIO LLC
P.O. BOX 49289
CHARLOTTE, NC 28277-0076

F.W. CARSON CO.
1064 TAHOE BLVD.
INCLINE VILLAGE, NV 89451-9326

FACTORY MOTOR PARTS
1335 GREG STREET, SUITE 110
SPARKS, NV 89431-6075

FAHRENDORF, VILORIA, OLIPHANT
& OSTER L.L.P.
327 CALIFORNIA AVE.
RENO, NV 89509-1645

FAIRWAY CHEVROLET
P.O. BOX 42997
LAS VEGAS, NV 89116-0997

FASTENAL COMPANY
P.O. BOX 1286
WINONA, MN 55987-7286

FEDERAL EXPRESS
P.O. BOX 7221
PASADENA, CA 91109-7321

FIRST CHOICE COFFEE & WATER
7525 COLBERT DRIVE, SUITE 104
RENO, NV 89511-1295

FLEET SOLUTIONS
169 CADILLAC PLACE
RENO, NV 89509-4355

FLEETPRIDE
P.O. BOX 847118
DALLAS, TX 75284-7118

FORD MOTOR CREDIT
P O BOX 790093
SAINT LOUIS, MO 63179-0093

FedEx Corporate Services, Inc.
3965 Airways Blvd
Module G
3rd Floor
Memphis, TN 38116-5017

G & M AUTO CARE
811 W. BARKLEY AVE.
ORANGE, CA 92868-1310

GONSALVES & SANTUCCI
DBA CONCO PUMPING
5141 COMMERCIAL CIRCLE
CONCORD, CA 94520-8523



GRAINGER, INC.
DEPARTMENT 809012479
KANSAS CITY, MO 64141-6267

GRANITE CONSTRUCTION SUPPLY
P.O. BOX 50085
WATSONVILLE, CA 95077-5085

H&E EQUIPMENT SERVICES
P.O. BOX 849850
DALLAS, TX 75284-9850

H&E EQUIPMENT SERVICES, INC.
7500 PECUE LANE
BATON ROUGE LA 70809-5107

HAT CREEK CONSTRUCTION MATERIALS
24339 HWY 89 N
BURNEY, CA 96013-9615

HEAVY EQUIPMENT RENTALS, INC.
13013 TEMESCAL CANYON ROAD
CORONA, CA 92883-8454

HILTI, INC.
P.O. BOX 382002
PITTSBURGH, PA 15250-8002

HORNING, LINGENFELTER & CO.
5375 KIETZKE LANE #200
RENO, NV 89511-2083

HOSE & FITTINGS, ETC.
1811 ENTERPRISE BLVD.
WEST SACRAMENTO, CA 95691-3423

HUB HAS IT
P.O. BOX 1269
SAN BERNARDINO, CA 92402-1269

HUB INTERNATIONAL INSURANCE
P.O. BOX 5345
RIVERSIDE, CA 92517-5345

HUGHES BROTHERS
P.O. BOX 2576
OMAHA, NE 68103-2576

HUSQVARNA CONS. PROD.
P.O. BOX 2771
CAROL STREAM, IL 60132-2771

INDUSTRIAL CASTER & WHEEL CO.
2200 CARDEN STREET
SAN LEANDRO, CA 94577-2247

INDUSTRIAL EQUIP REPAIR INC.
310 KRESGE LANE
SPARKS, NV 89431-6435

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

ISQFT, INC.
3825 EDWARDS RD SUITE 800
CINCINNATI, OH 45209-1289

JOBFILEZ, INC.
13536 LAKEWOOD BLVD. #232
BELLFLOWER, CA 90706-2031

JOHN O. BRONSON
3636 AMERICAN RIVER DRIVE #200
SACRAMENTO, CA 95864-5952

K 2 DIAMOND
23911 GARNIER ST., STE. C
TORRANCE, CA 90505-7523

KEN MERCURIO
206 CAL LANE #A
SPARKS, NV 89431-6291

KENNAMETAL, INC.
P.O. BOX 120001 DEPT. 0751
DALLAS, TX 75312-0751

KENNEDY EQUIPMENT, INC.
748 NORTH LEMON STREET
ORANGE, CA 92867-6614

KETCHERSIDE EQUIPMENT
718-950 ALEXANDER LANDE
STANDISH, CA 96128-9024

KIMBALL MIDWEST
DEPT. L-2780
COLUMBUS, OH 43260-2780

KULA CONSULTING
P.O. BOX 13188
MILWAUKEE, WI 53213-0188

LABORERS TRUST FUNDS
C/O TACEY L MAINGUY
WEINBERG, ROGER & ROSENFELD
1001 MARINA VILLAGE PKWY, STE 200
ALAMEDA, CA 94501-6480

LIVEVAULT
P.O. BOX 101748
PASADENA, CA 91189-1748

MARSHA M. HAMASAKI
PETER A. HUTCHINSON
3550 WILSHIRE BLVD SUITE 2000
LOS ANGELES CA 90010-2421

MARTIN IRON WORKS
530 E. 4TH STREET
RENO, NV 89512-3316



MILNETOW BAUMBACH ENTERPRISES
RENO, NV

MOBILE MINI, INC.
P.O. BOX 7144
PASADENA, CA 91109-7144

MOORE LAW GROUP, PC
3715 LAKESIDE DRIVE, SUITE A
RENO, NV 89509-5349

MORGAN TIRE OF SACRAMENTO
1500 AUBURN BLVD.
SACRAMENTO, CA 95815-1905

MORLEY EQUIPMENT CO.
41161 SANDALWOOD CIRCLE
MURRIETA, CA 92562-7003

MSC INDUSTRIAL SUPPLY CO.
P.O. BOX 953635
SAINT LOUIS, MO 63195-3635

Michael A. Urban, Nevada State Bar Number 38
Nathan R. Ring, Nevada State Bar No. 120
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103-6801

NETCOM SYSTEMS GROUP, LLC
P.O. BOX 4846
WINTER PARK, FL 32793-4846

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711-0001

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101-1046

NEVADA EMPLOYMENT SECURITY
500 E. THIRD STREET
CARSON CITY, NV 89713-0002

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706-7986

NEVADA OVERHEAD DOOR CO.
1335 GREG STREET
SPARKS, NV 89431-6090

NORTHERN NEVADA LABORERS TRUST
HEALTH & WELFARE TRUST FUND
445 APPLE STREET, SUITE 109
RENO, NV 89502-3528

NORTHERN NEVADA REBAR
7955 SUGAR PINE COURT, STE. 175
RENO, NV 89523-8967

Nathan R. Ring
Laquer, Urban, Clifford & Hodge LLP
4270 S. Decatur Blvd., Ste. A-9
Las Vegas, NV 89103-6801

O'REILLY AUTO PARTS
P.O. BOX 9464
SPRINGFIELD, MO 65801-9464

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509-1360

OFFICE PLUS OF NEVADA
705 TRADEMARK DRIVE, STE. 102
RENO, NV 89521-8978

ORIO TECHNOLOGIES
4600 KIETZKE LANE
SUITE L230
RENO, NV 89502-5000

PARTS SOURCE
2911 E. LA PALMA AVE.
ANAHEIM, CA 92806-2617

PDQ RENTAL CENTER
10826 SHOEMAKER
SANTA FE SPRINGS, CA 90670-4587

PETE'S ROAD SERVICE INC.
2230 E. ORANGETHORPE AVE.
FULLERTON, CA 92831-5329

PITNEY BOWES GLOBAL FIN. SVC.
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PULIZ RECORDS MANAGEMENT
1095 STANDARD STREET
RENO, NV 89506-8663

PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

Pension Plan for the Pension Trust Fund for
c/o Nathan Jenkins, Esq.
Jenkins Law Firm
1895 Plumas Street, Suite 2
Reno, NV 89509-3384

Pitney Bowes Global Financial Services LLC
27 Waterview Drive
Shelton, CT 06484-4301

Pitney Bowes Inc
27 Waterview Dr, 3rd fl
Shelton CT 06484-4361

QUICK SPACE
P.O. BOX 7417
RENO, NV 89510-7417


5160 Easy Peel® Address Labels
Bend along line to expose Pop-up Edge
Go to avery.com/templates
Use Avery Template 5160

QUINN COMPANY
P.O. BOX 849665
LOS ANGELES, CA 90084-9665

QUINN COMPANY
QUINN GROUP INC.
10006 ROSE HILLS RD
INDUSTRY CA 90601-1702

R & E FASTENERS
P.O. BOX 5120
SPARKS, NV 89432-5120

RAY MORGAN COMPANY
3131 ESPLANADE
CHICO, CA 95973-0202

REDDAWAY
26401 NETWORK PLACE
CHICAGO, IL 60673-1264

RENO BUICK GMC
P.O. BOX 10645
RENO, NV 89510-0645

RENO BUICK GMC CADILLAC
900 KIETZKE LANE
RENO NV 89502-2018

RENO LUMBER
680 SPICE ISLANDS DRIVE
SPARKS, NV 89431-6526

RENO PAINT MART
201 E. MOANA LANE
RENO, NV 89502-4673

RENO TAHOE WINDOW CLEANING
59 DAMONTE RANCH PKWY
SUITE B-187
RENO, NV 89521-1907

RENO-TAHOE AIRPORT AUTHORITY
P.O. BOX 12490
RENO, NV 89510-2490

REV 3 IMAGING
10 GREG STREET #124
SPARKS, NV 89431-6232

RHP MECHANICAL SYSTEMS
1105 S. ROCK BLVD.
RENO, NV 89502-7167

ROBERTSON'S
P.O. BOX 3600
CORONA, CA 92878-3600

SHAFER EQUIPMENT COMPANY INC.
955 GREG STREET
SPARKS, NV 89431-6002

SIERRA OFFICE SOLUTIONS
4710 LONGLEY LANE
RENO, NV 89502-7956

SIERRA TAHOE READY MIX, INC.
1526 EMERALD BAY ROAD
SOUTH LAKE TAHOE, CA 96150-6112

SILVER STATE BARRICADE
1997 GLENDALE AVENUE
SPARKS, NV 89431-5551

SKYBOX CLOUD, LLC
5945 S. LOS ALTOS PKWY
SUITE 101
SPARKS, NV 89436-2503

SMALLEY & COMPANY
P.O. BOX 910217
DENVER, CO 80291-0217

STAR BRIGHT CLEANING SERVICE
910 BRENTWOOD
RENO, NV 89502-2702

STATE OF CALIFORNIA
EDD
P.O. BOX 826276
SACRAMENTO, CA 94230-6276

STATE OF OREGON
CONSTRUCTION CONTRACTORS BOARD
P.O. BOX 14140
SALEM, OR 97309-5052

(p)SUMMIT COLLECTION SERVICES
80 CONTINENTAL DR #101
RENO NV 89509-3440

SUNBELT RENTALS, INC.
P.O. BOX 409211
ATLANTA, GA 30384-9211

SURFACE SYSTEMS & INSTRUMENTS
P.O. BOX 790
LARKSPUR, CA 94977-0790

State of Nevada Department of Taxation
555 E. Washington Ave. Ste #1300
Las Vegas, NV 89101-1046

TAHOE RENO INDUSTRIAL CENTER
P.O. BOX 838
POWAY, CA 92074-0838

TED WIENS
1701 S. LAS VEGAS BLVD.
LAS VEGAS, NV 89104-1301

TEL-COM
85 KEYSTONE AVENUE, SUITE B
RENO, NV 89503-5560

Pat: avery.com/patents
Étiquettes d'adresse Easy Peel
Repliez à la hachure afin de révéler le rebord Pop-up
Allez à avery.ca/gabarits
Utilisez le Gabarit Avery 5160

AVERY 5160
Easy Peel Address Labels
Bend along line to expose Pop-up Edge
Go to avery.com/templates
Use Avery Template 5160

TERRA DIAMOND INDUSTRIAL
P.O. BOX 27933
SALT LAKE CITY, UT 84127-0933

THE CULVER GROUP, INC.
14841 YORBA STREET, SUITE 201
TUSTIN, CA 92780-2942

Trustees of the Operating Engineers Trust Fu
Nathan R. Ring
4270 S. Decatur Blvd., Ste. A-9
Las Vegas, NV 89103-6801

U.S. TRUSTEE - RN - 7
300 BOOTH STREET, STE 3009
RENO, NV 89509-1362

UNITED IMAGING
21201 OXNARD STREET
WOODLAND HILLS, CA 91367-5015

UNITED RENTALS, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

UNITED SITE SERVICES NEVADA
P.O. BOX 53267
PHOENIX, AZ 85072-3267

UNITED SITE SERVICES OF CALIFORNIA, INC.
118 FLANDERS ARD SUITE 1000
WESTBOROUGH MA 01581-1035

UNITED TEXTILE
14275 CATALINA STREET
SAN LEANDRO, CA 94577-5511

(p)UNIVERSAL WASTE SYSTEMS
9010 NORWALK BLVD
SANTA FE SPRINGS CA 90670-2532

URREA & SONS TRUCKING, INC.
P.O. BOX 522
MOORPARK, CA 93020-0522

USA FLEET SOLUTIONS
169 CADILLAC PLACE
RENO NV 89509-4355

VALLEY COMMUNICATIONS, INC.
4591 LONGLEY LANE
SUITE 5
RENO, NV 89502-7951

VANGUARD EQUIPMENT RENTAL
692 N. CYPRESS STREET
SUITE B
ORANGE, CA 92867-6665

VANTAGE PRODUCTS, INC.
P.O. BOX 2261
WALNUT, CA 91788-2261

WATSON BOWMAN ACME
95 PINEVIEW DRIVE
BUFFALO, NY 14228-2166

WESTERN ALLIANCE BANK
C/O SNELL & WILMER L.L.P.
ATTN: NATHAN G. KANUTE, ESQ.
50 WEST LIBERTY STREET, SUITE 510
RENO, NV 89501-1961

WESTERN VILLAGE
P.O. BOX 3267
SPARKS, NV 89432-3267

WHITE CAP CONSTRUCTION SUPPLY
1830 EAST LINCOLN WAY
SPARKS, NV 89434-8944

Washoe County Treasurer
PO BOX 30039
RENO NV 89520-3039

Waste Management of Nevada c/o Jacquolyn Mil
1001 Fannin Street
Bankruptcy Department
Houston, TX 77002-6706

ZIMMCO EQUIPMENT, INC.
2130 KLEPPE LANE
SPARKS, NV 89431-6453

LOUIS EDWARD HUMPHREY
HUMPHREY LAW PLLC
201 W. Liberty Street, Suite 350
RENO, NV 89501-2068

W. DONALD GIESEKE
18124 WEDGE PKWY., STE 518
RENO, NV 89511-8134

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ALLSTREAM
18110 SE 34TH STREET
BLDG ONE STE. 100
VANCOUVER, WA 98683-9497

SUMMIT COLLECTION SERVICES
CAL-NEVA TOWING & TRANSPORT, INC.
491 COURT ST
RENO NV 89501

UNIVERSAL WASTE SYSTEMS, INC.
P.O. BOX 3038
WHITTIER, CA 90605

Pat: avery.com/patents
Étiquettes d'adresse Easy Peel
Allez à avery.ca/gabarits